**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 25-00148-01-CR-W-DGK |
| v. | ) | |
| | ) | |
| JEFFREY L. PETRIE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

Now before the Court is the Honorable Magistrate Judge Lajuana Counts' Report and Recommendation that Defendant Jeffrey L. Petrie is competent to stand trial. ECF No. 35.

On February 3, 2026, Judge Counts held a competency hearing based on a psychiatric report filed by Dr. Courtney Mills on January 5, 2026, ECF No. 30. Neither party challenged the report. Dr. Mills opined that Defendant's mild intellectual developmental disorder does not significantly affect his ability to continue with court proceedings. *Id.* at 10.

On February 3, 2026, Judge Counts issued a Report and Recommendation. The parties have waived the filing of any objection.

After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Counts is adopted in its entirety. This court finds Defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

1

**IT IS SO ORDERED.**

Date:   March 19, 2026          /s/ Greg Kays
                                GREG KAYS, JUDGE
                                UNITED STATES DISTRICT COURT

2